IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MIKE KAHL, ET AL, *Plaintiffs* | § § § § § § § § § § § | |
| | § | CIVIL ACTION NO. 3:16-CV-347 |
| | § | JURY DEMANDED |
| THE GLOBAL EDGE CONSULTANTS, LLC *Defendant* | | |

## NOTICE OF SETTLEMENT

Plaintiffs Mike Kahl, Sean Bates, Charles Gary Jones, Mario Perez and Daniel Phillips ("collectively Plaintiffs") and Defendant The Global Edge Consultants, LLC ("Defendant") file this Notice of Settlement. The parties have agreed upon settlement terms. The parties ask that the case remain on the docket for thirty days to allow for drafting and execution of a formal settlement agreement.

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Mark J. Levine
Mark J. Levine
Texas Bar No. 00791102
Federal ID No. 20021
1400 Summit Tower
Eleven Greenway Plaza
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
mlevine@wkpz.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT THE GLOBAL EDGE CONSULTANTS, LLC**

**Of Counsel for Defendants**
Amanda L. Gutierrez
State Bar No. 24074335
Federal Bar No. 1402505
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046-1104
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
agutierrez@wkpz.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Attorney in Charge for Plaintiffs, Clark Woodson, III, by the Clerk of the Court via CM/ECF system:

Clark Woodson III
601 East Myrtle
Angleton, Texas  77515
(979) 849-6080
(832) 202-2809
clark@woodsonlaborlaw.com
State Bar No.  00794880
S.D. Tex. No. 21481

      /s/ Mark J. Levine
    Mark J. Levine